

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00130-CR

## EX PARTE MICHAEL REIGHLEY

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. F49732

## MEMORANDUM  OPINION

Michael Reighly attempts to appeal the trial court's denial of a writ of habeas corpus.  There is no signed order from which to appeal.[1]  *See* TEX.R.APP.P. 26.2 (a) (1). Therefore, this Court has no jurisdiction of this appeal.

Accordingly, the appeal is dismissed. [2]

---

[1] We also note that Rule 25.2 of the Texas Rules of Appellate Procedure provides that a "trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order."  TEX. R. APP. P. 25.2(a)(2). The denial of a writ of habeas corpus is an appealable order.  *Greenwell v. Court of Appeals for the Thirteenth Judicial Dist*., 159 S.W.3d 645, 650 (Tex. Crim. App. 2005).  There is no certification of defendant's right to appeal in the record.  TEX. R. APP. P. 25.2(a)(2).

[2] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered.  *See* TEX. R. APP. P. 49.1.  If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals.  *See* TEX. R. APP. P. 68.2 (a).

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 12, 2016
Do not publish
[CR25]

